# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

|  |  |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>ROYAL TEN CATE (USA), INC., a Delaware corporation<br><br>     Defendant. | Case No. 2:16-cv-00189-WCO |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Wendell H. Stone Company, Inc. d/b/a Stone & Company ("Stone & Company" or "Plaintiff") and Defendant Royal Ten Cate (USA) Inc. ("TenCate" or "Defendant") by and through undersigned counsel, hereby advise the Court that the parties have settled their claims between Stone & Company and Royal Ten Cate (USA), Inc. and Nicolon Corporation d/b/a Geosynthetics North America; and therefore dismiss all claims asserted in this civil action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) against Royal Ten Cate (USA), Inc. and Nicolon Corporation d/b/a Geosynthetics North America.  The class claims are

dismissed without prejudice. The parties are to bear their own respective attorneys' fees and costs.

October 17, 2016

Respectfully submitted,

By: /s/ Stefan Coleman
Law Offices of Stefan Coleman, LLC
201 South Biscayne Blvd, 28th Floor

Jennifer Jordan (No. 027857)
Jordan@ssjwlaw.com
Shamp Speed Jordan Woodward
1718 Peachtree Street, N.W. Suite 660
Atlanta, GA 30309
Tel: 404.893.9400

*Counsel for Plaintiff Stone & Company*

By: /s/ James F. Bogan III
James F. Bogan III
Georgia Bar No. 065220
jbogan@kilpatricktownsend.com
Jeffrey H. Fisher
Georgia Bar No. 981575
jfisher@kilpatricktownsend.com

KILPATRICK TOWNSEND
   & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Telephone: (404) 815-6500

*Counsel for Defendant Royal Ten Cate*
*(USA), Inc. and Nicolon Corporation d/b/a*
*Geosynthetics North America*

2